UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAL COBURN BROWN, *et al.*,

    Plaintiffs,

v.

ELDON VAIL, *et al.*,

    Defendants.

CASE NO. C09-5101RSL

ORDER DENYING MOTION TO LIFT STAY AND DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER AS MOOT

This matter comes before the Court on plaintiff Cal Coburn Brown's Motion to Lift the Stay and for a Temporary Restraining Order ("TRO"). Now that the State Supreme Court has granted plaintiff's request for a stay of his execution, plaintiff's request for a stay and a TRO from this Court is DENIED (Dkt. #14) as moot. Moreover, the State Supreme Court's order remanded the case to Thurston County Superior Court. Now that it appears that the Thurston County Superior Court will consider the merits of plaintiff's claims, his request to lift the stay in

ORDER DENYING MOTION – 1

1 | this case is DENIED so plaintiff may continue to seek relief in state court.

DATED this 12th day of March, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION – 2