THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAL COBURN BROWN and JONATHAN GENTRY,<br><br>    Plaintiff,<br><br>vs.<br><br>ELDON VAIL et. al.,<br><br>    Respondent. | No. C09-05101-JCC<br><br>BROWN'S MOTION TO DISMISS HIS CLAIMS AS MOOT<br><br>**THIS IS A CAPITAL CASE**<br><br>NOTED FOR: SEPTEMBER 22, 2010 |

Plaintiff Cal Coburn Brown, by and through his counsel, Suzanne Lee Elliott, and hereby moves to dismiss this matter as moot. Mr. Brown was executed on September 10, 2010.

Respectfully submitted this 22nd day of September, 2010.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone: (206) 623-0291
Fax: (206) 623-2186
Email: suzanne-elliott@msn.com

BROWN'S MOTION TO DISMISS HIS CLAIMS AS MOOT – 1

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
(206) 623-0291

**CERTIFICATE OF SERVICE**

I, SUZANNE LEE ELLIOTT, hereby certify that on September 22, 2010, I filed the foregoing document with the United States District Court's Electronic Case Filing (CM/ECF) system. I hereby certify that I served one copy of the foregoing document by email on ASSISTANT ATTORNEY GENERAL JOHN SAMSON.

/s/Suzanne Lee Elliott
Law Office of Suzanne Lee Elliott
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
Phone: (206) 623-0291
Fax: (206) 623-2186
Email: suzanne-elliott@msn.com

BROWN'S MOTION TO DISMISS HIS CLAIMS AS MOOT – 2

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
(206) 623-0291